

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

Eastern Division

18CV5702
JUDGE BUCKLO
MAG. JUDGE KIM

| | |
|---|---|
| ALISON HARDIMAN <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> VICTORIA LIPNIC, ACTING CHAIR U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (EEOC) <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☒ Yes ☐ No <br><br> **FILED** <br> AUG 2 1 2018 <br> **THOMAS G BRUTON** <br> **CLERK, U.S DISTRICT COURT** |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Alison Hardiman |
   | Street Address | 1509 Memorial Drive |
   | City and County | Calumet City - Cook County |
   | State and Zip Code | Illinois |
   | Telephone Number | 847-668-5318 |
   | E-mail Address | Alison5011@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: Victoria A. Lipnic
- Job or Title (if known): Acting Chair
- Street Address: 131 M Street, NE, Room 6NW14G
- City and County: Washington
- State and Zip Code: D.C. 20507
- Telephone Number: 202-663-4900
- E-mail Address (if known): Victoria.Lipnic@eeoc.gov

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | U.S. Equal Employment Opportunity Commission |
| Street Address | 500 W. Madison Street |
| City and County | Chicago - Cook County |
| State and Zip Code | Illinois 60661 |
| Telephone Number | 312-869-8006 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
EQUAL PAY ACT

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: EQUAL PAY ACT

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

January 2011

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race
- ☒ color
- ☒ gender/sex
- ☐ religion
- ☐ national origin
- ☐ age (year of birth) _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

1. Plaintiff, Alison Hardiman, is a 52-year-old African-American female hired by Defendant, U.S. Equal Employment Opportunity Commission (EEOC), on May 14, 2007. Alison Hardiman current position is GS-9 Information Technology Specialist.

2. Plaintiff Hardiman alleges discrimination on the bases of race (Black under Title VII) and sex (Female under Title VII and Equal Pay Act). The EEOC Chicago District Office concealed and denied facts of Hardiman certified promotion from her current GS-9 Information Technology Specialist position to a GS-11/12 Information Technology Specialist position.

Additionally, White Male Information Technology Specialist GS-11/12 whom Plantiff Hardiman replaced received proper pay, assistance with his duties, perks, and got sloted into the GS-12 IT Specialist position in less than a year. Hardiman have not been provided the same perks as a Black female. Hardiman is clearly treated differently under the SAME CIRCUMSTANCES, same terms and conditions of employment.

3. Plaintiff Hardiman states the Defendant violated her Equal Pay Act rights by concealing and denying facts of promotion to IT Specialist GS-11/12, whereas Plaintiff Hardiman was selected for the promotion. Hardiman currently work as a GS-11/12, but is paid GS-9 salary.

4. Plaintiff Hardiman stated that Director Julianne Bowman EEOC Chicago District Office concealed the promotion preventing the Plaintiff Hardiman from placement into IT Specialist GS-11/12.

5. Plaintiff Hardiman requested help with computer migrations on several occasions and each time got (1) technican and after stressfully demanding more help (1) more technician was sent; unlike like the White Male. The White Male requested help with computer migrations and received (9) technicians.

6. Plaintiff Hardiman was recently involved in Administrative Hearing on these charges (See Exhibit A, attached hereto, Defendant's Final Decision), but believes that litigation may result in the truth being revealed and a better systemic outcome, as she believes that there has been a long-term pattern and practice of racial discrimination in the Defendant's Chicago District Office that impacted not only her, but all African-American employees.

7. Plaintiff Hardiman alleges that she and other African-American employees were routinely and disproportionately denied training opportunities relative to their white counterparts, which disadvantaged them in obtaining promotional opportunities.

8. Plaintiff Hardiman notices that new minority hires are more frequently placed in lower level paid positions than white new hires that are less educated and less experienced. Additionally, a SILENT GROOMING takes place with white employees in the EEOC Chicago District Office.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

### IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

November 20, 2015

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*    5/21/2018   .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Due to me being the SELECTEE for the Information Technology Specialist Position GS-11/12 on January 16, 2011, but never being placed into the position I'm seeking Compensatory damages at OPM Salary Scale which follows:
OPM Salary Scale: $206,547 (Back Pay)
OPM Interest: $6,585
Total - $213,132

Injunctive Relief: Promotion from Information Technology Specialist GS-9 to Information Technology Specialist GS-11/12

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/21/2018

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Alison Hardiman, Pro Se

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address