UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISON HARDIMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 18 C 5702 |
| ) | |
| VICTORIA A. LIPNIC, Acting Chair of the ) | Judge Tharp |
| U.S. Equal Employment Opportunity ) | |
| Commission, ) | |
| ) | |
| Defendant. | |

**<u>DEFENDANT'S MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

Defendant Victoria A. Lipnic, Acting Chair of the U.S. Equal Employment Opportunity Commission, by herattorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves to dismiss the amended complaint of plaintiff Alison Hardiman, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), because Hardiman failed to exhaust administrative remedies, failed to timely file this lawsuit, and failed to file her Equal Pay Act claim in the proper court.

WHEREFORE, defendant asks that the court dismiss the amended complaint.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Susan Willoughby Anderson
SUSAN WILLOUGHBY ANDERSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-9082
willoughby.anderson@usdoj.gov