UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Alison Hardiman
                            Plaintiff,

v.                                                  Case No.: 1:18−cv−05702
                                                             Honorable John J. Tharp Jr.

Victoria Lipnic
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 20, 2018:

      MINUTE entry before the Honorable John J. Tharp, Jr:Status and motion hearing held. Plaintiff did not appear for today's hearing. Defendant's motion to dismiss [20] is taken under advisement. Plaintiffs response to the motion is due by 1/17/19; Defendant's reply is due by 1/24/19. Once the motion is fully briefed, the Court will rule via CM/ECF notice and set future dates as appropriate. MIDP obligations remain deferred. Defendants oral motion to strike document [8] is granted; the Clerk is directed to remove the document from the docket. This ruling is without prejudice to the resubmission of any materials included therein under seal or with appropriate redactions to preserve privacy. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.