# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Alison Hardiman
                       Plaintiff,

v.                                          Case No.: 1:18−cv−05702
                                             Honorable John J. Tharp Jr.

Victoria Lipnic
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2020:

      MINUTE entry before the Honorable Sheila M. Finnegan: Plaintiff's response to Defendant's motion to compel [50] is due by 11/13/2020. The response should address the discovery issues, as well as why fees and costs should not be awarded in the event the motion is granted. Telephone hearing on the motion is set for 11/16/2020 at 3 p.m. To join the telephone status hearing, dial (877) 336−1831, Access code is 5995354, Press #. Mailed notice (sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.