UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALISON HARDIMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 18 C 5702 |
| | ) | |
| VICTORIA A. LIPNIC, Acting Chair of the U.S. Equal Employment Opportunity Commission, | ) ) ) | Judge Tharp |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES & DEPOSITION DATE**

NOW COMES the Plaintiff, ALISON HARDIMAN, by and through her attorney, Law Office of Keith L. Spence, Ltd., and responding to Defendant's Motion to Compel Discovery Responses & Deposition Date as follows:

1. Plaintiff admits that Defendant served its first set of document requests and interrogatories on August 31, 2020.

2. Plaintiff admits that responses were not served within 30 days pursuant to Fed. R.Civ. P. 33 & 34.

3. Plaintiff further admits that Defendant requested updates on the status of discovery on two other occasion prior to filing it's Motion to Compel.

4. That since the request for discovery was made, Plaintiff and her counsel have worked to produce complete responses to the requests.

5. That although good faith efforts were made, there were substantive and technical issues that prevented a timely response.

6. Further, once complete responses were produced to Plaintiff's counsel, Plaintiff's counsel experienced delays in preparing the responses for production do to his hearing and trial schedule.

7. That Plaintiff has now produced the discovery requests along with her medical authorization, and is prepared to schedule her deposition.

8. Plaintiff did not intentionally disregard the requests or the federal rules of civil procedure and requests that no fees or costs be awarded.

        Respectfully submitted,

        By:/s/Keith L. Spence_____
        Attorney for Plaintiff
        Keith L. Spence
        Law Office of Keith L. Spence, Ltd.
        4749 Lincoln Mall Dr. Ste. 202
        Matteson, IL 60443
        708-584-8012
        6257659

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that in accordance with Fed.R.Civ. P.5 and L.R. 5.5 the following document:

**Plaintiff's Response to Defendant's Motion to Compel Discovery Responses & Deposition date**

Was filed and sent via email on November 13, 2020 to:

SUSAN WILLOUGHBY ANDERSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
willoughby.anderson@usdoj.gov