UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Alison Hardiman
                Plaintiff,

v.                                             Case No.: 1:18−cv−05702
                                                  Honorable John J. Tharp Jr.

Victoria Lipnic
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 15, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:For the reasons stated in the Court's accompanying Memorandum Opinion and Order, the defendant's motion for summary judgment [59] is granted in part and denied in part. A telephone status hearing in this matter is set for 4/6/2023 at 9:15 a.m. For instructions regarding participation in, or access to, the telephone hearing, see the standing order on telephone hearings on Judge Tharp's web page (https://www.ilnd.uscourts.gov/judge−info.aspx?79e F+7uiX7ewBj/ITKrjoA==(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.